**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) Case: 1:26-mj-00124 |
| v. | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 7/22/2026 |
| **DANIEL PATRICK** | ) Description: COMPLAINT W/ARREST WARRANT |
| **HUGHES** | ) |
| | ) |
| | ) |
| | ) **UNDER SEAL** |
| *Defendant.* | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Kyle Fenton, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.     I submit this affidavit in support of a criminal complaint charging Daniel Patrick Hughes with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

2.     Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are HUGHES to further revision.

3.     Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4.    I am a Special Agent assigned to the U.S. Attorney's Office for the District of Columbia, Criminal Investigations Unit (USAO-DC CIU), as of February 2026. Prior to this appointment, I served as a Special Agent with the United States Army Criminal Investigation Division, starting in August of 2018. As part of my duties as a Special Agent with the Army Criminal Investigation Division, I was assigned to the Child Exploitation Division with the Cyber Field Office at Quantico, VA. I have received formal training through the United States Army Military Police School, the Army CID Special Agent Course, the Federal Law Enforcement Training Center (FLETC), and the DoD Cyber Crime Center, in various investigative skills to include dark net investigative techniques, cryptocurrency investigations, digital evidence collection/examination and computer hardware/network intrusions. I have taken further training courses involving internet crimes against children (ICAC) with the National Center for Missing and Exploited Children (NCMEC) and National Criminal Justice Training Center of Fox Valley Technical College. Some of these training courses include, but are not limited to, Undercover Concepts and Techniques, Freenet Investigations, BitTorrent Investigations, Anonymous Networks/Peer to Peer Investigations, IPv4 and IPv6 Investigative Concepts, ICAC Standards, ICAC Cybertip training and more. In addition to my training as a criminal investigator, I hold a master's degree in forensic psychology from Arizona State University, which further encompassed course material and research pertaining to child sexual abuse and exploitation. As part of current and  prior duties, I have investigated criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of

Title 18, United States Code, Sections 2251, 2252, and 2252A. I have received training and instruction in the field of child pornography investigations and have had the opportunity to participate in investigations relating to the sexual exploitation of children. As part of my training and experience, I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as digital storage devices, the Internet, and printed images). Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

5.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) (the "Target Offense") have been committed by Daniel Patrick HUGHES ("HUGHES").

**<u>PROBABLE CAUSE</u>**

***Initial Contact "Hush" Application***

6.      On June 30, 2026, an investigative analyst ("IA") with the United States Secret Service Criminal Investigation Division was acting in an online undercover (UC) capacity as part of an online undercover operation with the United States Attorney's Office in Washington D.C. The UC was monitoring dating applications, including "Hush," known to be used by individuals engaged or interested in the sexual exploitation of children.

7.      On June 30, 2026, Hush user "violet_snowmobiling" (later determined to be HUGHES) responded to a post by UC persona "maroon_bottom-line" (controlled and utilized by

3

the IA). The UC's post stated that she would be in town for the Fourth of July with her five-year-old niece. HUGHES sent the UC a direct messaging, asking about the ages of the UC and her niece. The UC replied, "I'm 25 and my niece is 5."

8.    HUGHES subsequently expressed interest in meeting both the UC and the minor, stating he was "always up for fun with cute girls and [was] great with kids." When the UC asked, "how great with kids," HUGHES replied, "depending on what you mean babe, my answer is the same. I'm great (wink face emoji)." The UC clarified, "I mean in the way of openmindedness," to which HUGHES responded, "I'm very open minded. What do you have in mind?" The UC stated, "my niece and I are open to anything you'd like." HUGHES asked about the minor's experience. The UC responded, "she is very experienced… you name it and I'll tell you if she's done it or not." HUGHES then stated, "well I'd love if I got to rub her little pussy while you and I made out," and "then maybe she can suck my dick for a little bit." The UC said, "she's very accustomed to that… anything else you'd like to do… you're very hot." HUGHES replied, "tbh I'd penetrate her," and then asked, "has she taken on inside of her before?" HUGHES then requested to move the conversation to Snapchat, and gave his username "kxbeebe."

### Interactions on "SnapChat" Application

9.    On June 30, 2026, at approximately 10:37 PM, user "kxbeebe" (later determined to be HUGHES) initiated contact with the UC. At approximately 10:37pm, kxbeebe sent a live image of himself, revealing his face and background details. Subsequent investigation revealed that kxbeebe's picture appeared to depict HUGHES.

10.     During their communication on SnapChat, the UC repeatedly indicated to HUGHES that her niece is 5 years old.   For example, on July 1, 2026 the UC and HUGHES exchanged the following messages:

7/1/26 1041PM- UC: I'm 25. My niece is 5 and aweee hehe thxxx

7/1/26 1041PM- HUGHES: That's a cute age haha

11.     On July 1, 2026, at approximately 12:54 PM, the UC provided the following photograph of her minor niece with the following messages[1]:



7/1/26 1254- UC: There's my little brat lol. She insisted on colorful hair ties lol and some battles aren't worth fight haha

---

[1] All photographs in this affidavit were created using AI to age regress the UC's actual image and sent with the black marks, as shown above, to HUGHES.

7/1/26 1258- HUGHES: She's adorable!

12.     HUGHES expressed interest in meeting the minor to engage in sexual activity

with her and further described what he would do to the minor.  For example, on July 1, 2026, at

1:32 pm, HUGHES told the UC, "When I am with her, I will definitely go at her pace. I would

love to end up, penetrating her, but I will start with some kissing and touching and go with her

flow. I want her to be comfortable and enjoying it as well as you!"

13.     Later the same day, the UC asked HUGHES to bring a gift for her niece when

they meet.  The UC stated, "If you do bring a toy she loves bluey and SpongeBob and her

favorite candy is a kitkat[.]"  HUGHES responded, "Hehe good to know, bluey Spongebob and a

Kitkat (kiss face emoji). How did she take it when she was penetrated? Did it fit? I'm pretty big

so I don't want to hurt her but I'd love to try her pussy and her ass. And I'd LOVE her to suck on

me (heart eyes emoji)[.]"

14.     During the conversation, the UC and HUGHES determined that they would meet

at a bar in Washington DC while the UC's minor niece remained at an Airbnb.  They agreed that

after the meeting, the UC and HUGHES would return to the Airbnb so that HUGHES could

engage in sexual activity with the minor niece. Below is an excerpt of this conversation:

> 7/1/26 0231 PM- UC: Are you serious about meeting on the 6th? I just want
> to make sure we leave open time if you're serious its ok if ur not bur just for
> planning purposes.
>
> 7/1/26 0234 PM- HUGHES: No I'm def down!! Assume meeting at your
> Airbnb? Or do you wanna meet in public nearby then walk back? I'd also
> love to call before and get to know you and her :)

15.     Between July 1, 2026 and July 2, 2026, HUGHES described what he would do to

the UC's minor niece when they meet:

7/1/26 0807 PM-UC: Mmmm let me know what you're gonna do Monday when we see you I want to picture it now (face emoji)

7/1/26 0816 PM- HUGHES: I'm definitely gonna fuck her pussy and her ass (devil face emoji)

7/1/26 0821 PM-UC: (Sweating  face emoji) you are unrealll. Whats the first thing you're gonna do when we walk into the apartment?

7/1/26 0824 PM- HUGHES: Probably smack her ass and laugh and ask if she's ready to have some fun. I will ask her if she likes to dance and then maybe pick a song that she can strip tease me to.

7/2/26 1033 AM-UC: What would you like to start with after you warm her up?

7/2/26 1042 AM- HUGHES: After we've kissed and touched I'd start rubbing her pussy and working my finger into her, until I was fingering her. I'd have her sit on my lap while I do that and she can play with my dick. After a bit, I'd want her to suck my dick And then I'd lube her up and slowly penetrate her pussy and fuck her for a little, then I'd penetrate her ass and fuck her for a little. When I am ready to cum I'll pullout and I'll cum all over her face and her naked body and then finish with a little cream pie in her pussy.

16.    During the conversation on SnapChat, HUGHES stated that he would engage in sexual activity with both the UC and her minor niece.  Between July 1 and July 2, 2026, the UC stated she no longer wanted to participate but would instead just watch HUGHES engage in sexual activity with her niece:

7/1/26 0706 PM-UC: I was embarrassed to say this but I actually don't want to do anything I just like the taboo nature of making her take it…so really I would only want you to go fer her not for me. Im sorry if that's a problem

7/1/26 0707 PM- HUGHES: I'm okay with that Haha you're just into watching her take it ;)

7/2/26 1207 AM- UC: heheh I love that so much I just get nervous and I rlly appreciate u being understandinggg its just so hot

> 7/2/26 1208 AM- HUGHES: Why are you wearing clothes haha it's hot, get naked. I know when I meet up I'll be with her and not you, but do you ever mess Around with guys when she's not there?
>
> 7/2/26 1212 AM- UC: Yea ve been in relationships and hooked up with guys before especially in college. But the thing with her is like a real private part of my life. Only VIP members get to see haha

17. On July 1, 2026, HUGHES described a prior sexual encounter with a mom and 10-year-old girl.

> 7/1/26 0332 PM- UC: When you played with the 10 year old did u also play with her mom or something too or just her
>
> 7/1/26 0333 PM- HUGHES: I fucked her mom yea. I'm gonna go jerk off fuck I'm so horny.
>
> 7/1/26 0333 PM-UC: So hot it better be to us. Did u also meet them on hush or like did u already know them?
>
> 7/1/26 0333 PM- HUGHES: I knew the mom and had been fucking her. One day her daughter walked in and moms reaction wasn't what I thought it'd be
>
> 7/1/26 0333 PM-UC: oh okay thts cool
>
> 7/1/26 0333 PM- HUGHES: So o kinda used that to say "hey I don't Mind her" And it went from there.

### *Distribution of CSAM*

18. During their conversation on Snapchat, the UC indicated to HUGHES that her minor niece liked to see what was going to happen to her to make her feel more comfortable. HUGHES asked if he could send adult pornography but the UC stated she liked to see something closer to her age. HUGHES subsequently sent a video file which was flagged by SnapChat as "potentially matching known illegal or harmful content". When this occurred, HUGHES'

SnapChat account was disabled and the conversation between HUGHES and the UC was removed before the UC could record the recent messages from HUGHES.[2]

19.     On July 2, 2026, at 8:08 am, HUGHES reengaged the UC on his Hush account, saying, "hey snap locked me out and banned my account" and "it wasn't long after I sent you what you asked for[.]"   HUGHES offered to continue the conversation on Telegram and provided his username, "kxbeebe."  The UC then messaged HUGHES on his Telegram account. During their conversation on Telegram, and in later video chats, HUGHES stated he had sent a "yng girl video" to the UC on Snap Chat and further described the child in the video as "maybe a bit older like 8[.]"

20.     The UC asked HUGHES to resend the CSAM video that had gotten his Snapchat account banned. On July 4, 2026, at approximately 11:58 AM, the UC told HUGHES, "I can't wait to see the vids (sweating face emoji and heart eyes emoji). She's gonna love you and take it so well[.]"  At approximately 12:01 PM, HUGHES sent the UC a video, described as follows:

Video #1:

File Name: 1_5064809187029026723.mp4:  A 1 minute and 59-second video of what appears to be a prepubescent female, fully nude, lying on her back on what appears to be a couch. There is an unidentified adult Caucasian male who appears to be vaginally penetrating the female with his erect penis. In the video, the female appears to be

---

[2] Based on my training and experience working with SnapChat on previous investigations, I know that when an account is removed upon sharing CSAM, the suspected illicit file and associated chats are saved by SnapChat and provided to the National Center for Missing and Exploited Children in a CyberTipline Report. A subsequent preservation request was provided to SnapChat for user account "kxbeebe" for records associated with the account.

speaking in an unknown foreign language and the male can be heard grunting in the background. This continues for the entirety of the video until the video abruptly ends.

21.    On July 17, 2026, the UC and HUGHES discussed the CSAM video (File Name: 1_5064809187029026723.mp4) that HUGHES had previously sent on Snapchat. An excerpt of that conversation is provided below:

> 7/17/26 08:19 AM- UC: Heyy, if you're still interested, what day were you thinking? I just would like to plan our week a little :) Btw .. the video you sent was very hot ..
>
> 7/17/26 08:19 AM- HUGHES: I'm trying to plan my week sorry And yes .... I'm actually jerking off to it rn
>
> 7/17/26 08:19 AM- UC: Hahah thats so fucking hot. Do you know where i can get more? All good. When do you think youll know?
>
> 7/17/26 08:21 AM- HUGHES: I could get more but I'm not gonna send unless I get something in return
>
> 7/17/26 08:21 AM- HUGHES: That'd be good but if I'm gonna send more videos I want pies of her (no face is fine) but they have to be on par with what I am sending[.] We're in this together remember
>
> 7/17/26 09:39 AM- UC: Fair enough hehe ... maybe we can do this after we meet and are both comfortable and it can be a regular thing in between our visits to DC?
>
> 7/17/26 09:40 AM- HUGHES: Would you meet up with me and have a drink and chat and then go our separate ways and then the next day I go back?
>
> 7/17/26 09:43 AM- HUGHES: And I'm not gonna send videos of stuff without getting something back because then it's illegal both ways haha
>
> 7/17/26 09:43 AM- HUGHES: Sorry I'm just very curious Cautious*

### Interactions on Telegram Application

22.    During their conversation on Telegram, HUGHES continued to express interest in engaging in sexual activity with the UC's minor niece.  HUGHES sent the UC a video depicting

HUGHES masturbating while repeatedly calling out "Sophie" – the minor's name. During their conversations, HUGHES reassured the UC that he wanted to see them on Monday, July 6, 2026.

23.    As shown in the chat excerpt below, on July 4, 2026, HUGHES indicated that if he had children of his own, he would sexually abuse them.

> 7/4/26 1220 PM- UC: Fuck yea would u ever do ur own if u had any?
>
> 7/4/26 1221 PM- HUGHES: Haha probably (monkey covering eyes emoji)
>
> 7/4/26 1226 PM- UC: Heheh how young would you start them? (Sweating face emoji)
>
> 7/4/26 1237- HUGHES: Fuck, maybe 2 or 3

24.    On July 6, 2026, HUGHES made plans with the UC to meet at a bar in Washington D.C. The UC and HUGHES determined they would have a drink and then travel together to the UC's Airbnb where HUGHES would engage in sexual activity with the UC's 5-year-old niece. At approximately 4:16 pm, HUGHES asked, "what bar?" The UC told HUGHES the name of the bar, however HUGHES did not show up to the location and subsequently blocked the UC on Telegram.

25.    At 11:29 pm on July 6, 2026, HUGHES unblocked the UC on Telegram and restarted their conversation. HUGHES said he had gotten "spooked" for bringing gifts for the UC's minor niece to a bar and said it "is some Chris Hanson[3] shit[.]"

26.    The UC told HUGHES that she and her minor niece were on a trip to New York. HUGHES said he would be willing to meet the UC and minor again on July 21, 2026, or July 22,

---

[3] Based on my training and experience, I know that journalist Chris Hansen previously hosted a TV program, "To Catch a Predator," which revolved around catching potential Internet predators interested in sex with minors using a sting operation.

2026, after they returned from their trip.  HUGHES said he was very "cautious" about the situation and he needed to meet the UC first at a bar to "chat and then go our separate ways and then the next day I go back[.]"

27.    On Sunday, July 19, 2026, HUGHES asked for a photograph of the UC and her minor niece while they were purportedly on a train headed to Washington D.C.  The UC sent HUGHES the picture shown below.  Afterward, HUGHES asked the UC to meet him at the bar at 2:30 pm on July 21, 2026.



***Identification of HUGHES***

28.    Based on information obtained from law enforcement databases, law enforcement was able to identify HUGHES, with a date of birth in 1991, and an address of XXXX N Chesterbrook Rd, Arlington, VA, 22207, as the individual depicted in the photograph that HUGHES sent to the UC.  A query of law enforcement databases also revealed HUGHES has a

2020 Chevrolet Silverado pickup truck with license plate BNDTXXX, phone number (xxx) xxx-4032; Virginia driver's license A62711XXX.

29.    According to records obtained from Snapchat, HUGHES's Snapchat account, kxbeebe (user ID: 74584b44-1663-432b-b2c1-646b1588e144), is associated with TextNow[4] phone number 1910XXX8738. The records also showed that on July 3, 2026, at approximately 11:03:23 UTC, HUGHES's account was flagged for uploading an image or video identified as "potentially matching known illegal or harmful content[.]"

30.    Snapchat records showed that a Verizon Fios IP (108.28.26.41) was also associated with the account. According to records obtained from Verizon, during the relevant timeframe, the IP address was registered to:

- Customer Name: Daniel Hughes
- Account Address: XXXX CHESTERBROOK RD, ARLINGTON, VA 22207
- Daytime Telephone 703XXX4032
- Email Address: daniel.hughesXX91@gmail.com
- Vision Customer Id: 358274211

31.    On July 3, 2026, law enforcement conducted surveillance at the SUBJECT PREMISES.  Law enforcement observed a Black Chevy Silverado with the license plate "BNDTXXX" parked in front of the residence.  Law enforcement also observed two individuals who visually matched HUGHES and HUGHES's spouse exit the residence and get into the black Chevy Silverado with a young child.  Law enforcement could not determine the age and gender of the child, however the child appeared to be young/prepubescent.  HUGHES's wife carried the child and put the child in a car seat in the vehicle.

---

[4] Text Now is is a Voice over Internet Protocol (VoIP) platform which is often used for text verification to sign up for electronic services platforms.

32.     During the course of the chat conversations, HUGHES engaged with the UC in a video chat where his face was visible to the UC. A photograph from HUGHES' Viriginia state driver's license was compared with the way HUGHES appeared in the video chat. The individual in the video chat was visually similar to HUGHES' driver's license photograph.

**CONCLUSION**

16.     For the reasons set forth above, I submit that probable cause exists to believe that between on or about June 30, 2026, to July 21, 2026, while in the District of Columbia and elsewhere, Daniel Patrick HUGHES distributed child pornography in violation of 18 U.S.C. § 2252(a)(2).  I respectfully request that a criminal complaint be issued for HUGHES.

Respectfully Submitted,

_____
KYLE P. FENTON
SPECIAL AGENT
UNITED STATES ATTORNEY'S OFFICE-
DISCTRICT OF COLUMBIA

On the 22nd day of July 2026, Kyle P. Fenton appeared before me via reliable electronic means (i.e., telephone), was placed under oath, and attested to the contents of this Affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3).

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge

14