**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | **26-mj-000124** |
| | **)** | |
| **v.** | **)** | **Tuesday July 28, 2026** |
| | **)** | |
| **DANIEL PATRICK HUGHES** | **)** | |
| | **)** | |

### ERRATA - DEFENDANT'S RESPONSE AND MEMORANDUM IN SUPPORT OF PRETRIAL RELEASE

The proposed third-party custodian is Mr. Hughes' father. His father and mother live in Farmville, VA. This proposal is reflected on page 1 of the Response and Memorandum.

On page 14, undersigned mistakenly wrote that the proposed third-party custodian is defendant's wife. That is incorrect. The defense is not proposing that Mr. Hughes live with his wife and child, or that his wife serves as custodian. That was an early-morning editing error for which undersigned apologizes (as well as the late submission of this Errata).

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
DC : 202 546 1500
VA : 571 207 9710
Cell : 202 409 2084
Email : ed@ungvarskylaw.com
Counsel for Daniel Hughes

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Errata - Response and Memorandum for Bond was served on the government, via electronic filing, on this 28th day of July, 2026.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky

1

2